IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OJORE MULUMBA AJAMU, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGULAS COUNTY, NEBRASKA, CITY OF OMAHA, NEBRASKA, The; STATE OF NEBRASKA, The; DOUGULAS COUNTY DISTRICT COURT, The; DOUGULAS COUNTY CORRECTIONAL CENTER, The; NEBRASKA MEDICINE HOSPITAL, in Omaha; and OMAHA POLICE DEPARTMENT; <br><br> Defendants. | 8:22CV347 <br><br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's untitled document filed on January 5, 2023, docketed as a "Motion for Extension" (the "Motion"), Filing No. 10, apparently filed in response to the Court's January 3, 2023, order requiring that Plaintiff show cause no later than February 2, 2023, as to why the case should not be dismissed for failure to pay the initial partial filing fee (the "Show Cause Order"), Filing No. 9.

It is unclear from the Motion if Plaintiff intended to comply with the Show Cause Order, or if Plaintiff seeks an extension to comply with it. Specifically, in his Motion Plaintiff states he is aware of the deadline to pay the initial partial filing fee and that he

"should request an extension if one is needed," but states no reason for the need for additional time or how much additional time he requires. See Filing No. 10.

Ultimately, to the extent that Plaintiff sought to comply with the Show Cause Order by filing the Motion, he failed to do so. The Show Cause Order was issued after Plaintiff failed to comply with the Court's Order granting Plaintiff's motion seeking leave to proceed in forma pauperis, ordering him to pay the initial partial filing fee in the amount of $2.66 within 30 days on November 1, 2022. See Filing No. 9. The Show Cause Order required Plaintiff to either pay the initial partial filing fee or to provide a sufficient excuse as to why the fee had not been paid by February 2, 2023, or his case would be dismissed. Id. at 2. His Motion does neither. However, the Court notes that pursuant to the Show Cause Order he still has through February 2, 2023, in which to comply.

Upon consideration,

**IT IS ORDERED** that:

1. Plaintiff's Motion, Filing No. 10, is **DENIED** as it is unclear what relief he seeks. Due to the Court's delay in addressing the Motion, Plaintiff shall have an additional thirty (30) days to comply with the Show Cause Order. Therefore, Plaintiff shall have until **February 21, 2023,** to either pay the initial partial filing fee as set forth in the Court's Order granting his Motion to proceed in forma pauperis, Filing No. 8, or to show cause as to why he has not complied as set forth in the Show Cause Order, Filing No. 9.

2. The clerk's office is directed to set the following pro se case management deadline: **February 21, 2023**: check for response to Show Cause Order.

Dated this 19th day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge