IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OJORE MULUMBA AJAMU, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGULAS COUNTY, NEBRASKA, CITY OF OMAHA, NEBRASKA, The; and NEBRASKA MEDICINE HOSPITAL, in Omaha; <br><br> Defendants. | **8:22CV347** <br><br><br> **MEMORANDUM AND ORDER** |

On October 6, 2023, the Court ordered Plaintiff to file an amended complaint by November 6, 2023, or face dismissal of this action. Filing No. 15. Plaintiff has not filed an amended complaint or taken any other action in this matter and the deadline to do so has passed.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

2

Dated this 14th day of December, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court

2